**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**BRUNO CASSIAN HAID**<br><br>　　　　　　Debtor. | Case Number: 1-21-42081-NHL<br>Chapter 7<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**PLEASE TAKE NOTICE** that, upon the annexed declaration of movant in support of this motion, applicant will move this Court before the Honorable Nancy Hershey Lord at the United States Bankruptcy Court, located at 271-C Cadman Plaza East, Brooklyn, New York 11201-1800, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of K&L Gates LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel

Dated:  October 22, 2021　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Jonathan Theonugraha*
　　　　　　　　　　　　　　　　　　　　　　Jonathan Theonugraha
　　　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　　　Four Embarcadero Center, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　　Tel. (415) 882-8200
　　　　　　　　　　　　　　　　　　　　　　Fax (415) 882-8220
　　　　　　　　　　　　　　　　　　　　　　jonathan.theonugraha@klgates.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**BRUNO CASSIAN HAID**<br><br>　　　　　Debtor. | **Case Number: 1-21-42081-NHL**<br>**Chapter 7**<br><br>**DECLARATION OF JONATHAN THEONUGRAHA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

　　　　　I, JONATHAN THEONUGRAHA, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate with the law firm of K&L Gates LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California (SBN #306812).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for creditor CRCM Opportunity Fund II, L.P.

　　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　　Executed on October 20, 2021 at San Francisco, CA

　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Jonathan Theonugraha*
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan Theonugraha
　　　　　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　　　　　Four Embarcadero Center, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　　　　Tel. (415) 882-8200
　　　　　　　　　　　　　　　　　　　　　　　　Fax (415) 882-8220
　　　　　　　　　　　　　　　　　　　　　　　　jonathan.theonugraha@klgates.com



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JONATHAN THEONUGRAHA

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JONATHAN THEONUGRAHA, #306812, was on the 4th day of December, 2015 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of October 12th, 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Florentino Jimenez, Assistant Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

BRUNO CASSIAN HAID

        Debtor.

Case Number: 1-21-42081-NHL
Chapter 7

### [PROPOSED] ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, JONATHAN THEONUGRAHA, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may, enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.

Dated: _____      _____
                                                                           THE HONORABLE NANCY HERSHEY LORD
                                                                           UNITED STATES BANKRUPTCY JUDGE