**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BRUNO CASSIAN HAID,<br><br>Debtor. | Case No. 21-42081-nhl<br>Chapter 7 |

**STIPULATION AND ORDER FURTHER EXTENDING CREDITOR'S TIME TO FILE AN ACTION (A) FOR A DETERMINATION THAT THE CREDITOR'S CLAIMS AGAINST THE DEBTOR ARE NOT DISCHARGEABLE, 11 U.S.C. § 523; AND (B) OBJECTING TO THE DEBTOR RECEIVING A DISCHARGE, 11 U.S.C. § 727**

It is hereby stipulated and agreed by and between creditor, CRCM Opportunity Fund II, L.P., ("CRCM") and debtor Bruno Cassian Haid ("Haid" or the "Debtor"), through each of their respective attorneys that:

1. CRCM's time to file an action seeking a determination that CRCM's claims against the Debtor are not dischargeable through this case, pursuant to 11 U.S.C. § 523, is extended from April 4, 2025 to and including June 6, 2025;

2. CRCM's time to file an action objecting to the Debtor receiving a discharge in this case, pursuant to 11 U.S.C. § 727, is extended from April 4, 2025 to and including June 6, 2025;

3. If on or before June 6, 2025, CRCM files an action (a) seeking a determination that CRCM's claims against Debtor are not dischargeable pursuant to 11 U.S.C. § 523, *et seq.* and/or (b) objecting to Debtor receiving a discharge pursuant to 11 U.S.C. § 727, Debtor shall not raise as a defense the timeliness such action or the asserting of those claims, and waives that defense on the condition stated herein.

4. This stipulation is without prejudice to, and with full reservation of CRCM's right and ability to seek and obtain further extensions of the time to commence actions seeking relief under 11 U.S.C. §§ 523 and 727.

5. This stipulation may be signed in counterparts. A facsimile of a signature or an electric notation of a signature ("/s/"), shall have the same force and effect as an original signature.

6. The signatories represent that they are authorized to execute this stipulation on behalf of their respective clients.

Dated: New York, New York
March 14, 2025

**MELISSA YANG PLLC**

By: *Melissa Yang*
    Melissa Yang
136 Madison Ave., 6th Fl.
New York, New York 10016
(646) 516-9529
myang@melissayangpllc.com

*Attorneys for Creditor CRCM Opportunity Fund II, L.P.*

**KLESTADT, WINTERS, JURELLER, SOUTHARD & STEVENS LLP**

By: *Fred Stevens*
    Fred Stevens, Esq.
200 West 41st Street, 17th Fl.
New York, New York 10036
(212) 679-5342
fstevens@klestadt.com

- and -

**LAW OFFICE OF GREGORY MESSER**
Gregory Messer, Esq.
26 Court Street, Suite 2400
Brooklyn, New York 11242
(718) 858-1474
gremesser@aol.com

*Attorneys for Debtor Bruno Cassian Haid*

Dated: March 21, 2025
    Brooklyn, New York



*Nancy Hershey Lord*
Nancy Hershey Lord
United States Bankruptcy Judge